UNITED STATES of America,
Plaintiff and Appellee,

v.

Dorothy J. HENDERSON, Clyde Williams, Jr., Appellants.

Nos. 26028, 26029.

United States Court of Appeals,
Ninth Circuit.

Aug. 10, 1971.

Rehearing Denied Sept. 13, 1971.

Michael W. Roberts (argued), of Boyko & Simmons, Los Angeles, Cal., for appellants.

Eric Nobles, Asst. U. S. Atty., & Chief, Criminal Division (argued), Robert L. Meyer, U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS and MERRILL, Circuit Judges, and THOMPSON,* District Judge.

PER CURIAM:

The judgments of conviction in this narcotics conspiracy case are affirmed.

Appellants' first point is concluded by Turner v. United States, 396 U.S. 398, 90 S.Ct. 642, 24 L.Ed.2d 610.

Objection is made to the search of an automobile when one Simpson was arrested. But the only important search was that of Simpson's pocketbook, and there was probable cause to arrest her and to search her pocketbook.

We have examined some twelve other points made and find them not substantial.

* Bruce R. Thompson, judge of the United States District Court for the District of Nevada, sitting by designation.

Daniel Mark SIEGEL and Associated Students of University of California (A.S.U.C.), Appellants,

v.

REGENTS OF the UNIVERSITY OF CALIFORNIA et al., Appellees.

No. 25262.

United States Court of Appeals,
Ninth Circuit.

Oct. 29, 1971.

Rehearing Denied Nov. 19, 1971.

Doris Brin Walker (argued), of Treuhaft, Walker & Burnstein, Oakland, Cal., for appellants.

Milton H. Gordon (argued), Thomas J. Cunningham, Berkeley, Cal., for appellees.

Paul N. Halvonik, Charles C. Marson, San Francisco, Cal., amici curiae.

Before ELY and KILKENNY, Circuit Judges, and McNICHOLS, District Judge.*

PER CURIAM:

Although the issue is close, we hold that the record before us presents a substantial federal question of constitutional stature. Consequently, the judgment of the lower court, 308 F.Supp. 832, is set aside and the cause remanded with instructions to convene a three-judge Court pursuant to the provisions of 28 U.S.C. § 2281.

We express no opinion as to the ultimate resolution of the constitutional issues.

* The Honorable Ray McNichols, United States District Judge for the District of Idaho, sitting by designation.